

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00538-CV

William Alec **TISDALL,** M.D., and William A. Tisdall, M.D., P.A.
d/b/a Spine & Joint Pain Specialists,
Appellants

v.

Thomas **VAREBROOK** and Rebecca Varebrook,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-06007
Honorable Michael E. Mery, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's memorandum opinion of this date, the trial court's judgment is AFFIRMED.

It is ORDERED that Appellees Thomas Varebrook and Rebecca Varebrook recover their costs on appeal from Appellants William Alec Tisdall**,** M.D., and William A. Tisdall, M.D., P.A. d/b/a Spine & Joint Pain Specialists.

It is FURTHER ORDERED that Appellees recover the full amount of their judgment and their costs on appeal from Appellants and from Fidelity and Deposit Company of Maryland, to the extent of Fidelity and Deposit Company of Maryland's liability as surety on Supersedeas Bond No. 9305632.

SIGNED July 28, 2021.

_____
Irene Rios, Justice